MN-305

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:  Joseph Asamoa and Georgina Amooh
Chapter 7 Case No.   09-38167

Please Check One:
☐  Unclaimed Dividends
☒  Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Springer Collection<br>876 7th St E<br>St. Paul, MN  55106 | 1 | 148.48 | 3.58 |

Date:  April 6, 2011                              _____
                                                                  Trustee